# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>MARK L. KIRK and<br>LISA G. KIRK,<br><br>            Debtor(s). | In Proceedings<br>Under Chapter 13<br><br><br>Bk. Case No.:  21-30818 |

## TRUSTEE'S MOTION TO COMPEL

COMES NOW RUSSELL C. SIMON, Chapter 13 Trustee in the above-captioned case, and hereby motions this Court for an order compelling Debtors to file a Motion to Employ counsel to pursue a previously scheduled claim.  In support thereof, the Trustee shows unto the court as follows:

1. Debtors filed a petition for relief and accompanying schedules under chapter 13 of the United States Bankruptcy Code on November 30, 2021.

2. Russell C. Simon was appointed as Chapter 13 Trustee to administer the instant case.

3. Pursuant to Line 33 on Schedule A/B, Debtors have a pending worker's compensation claim against The Boeing Company of unknown value and have retained Attorney James Haupt, 13321 N. Outer Forty Road, Town & Country, MO 63017 as counsel to pursue the same.

4. Pursuant to 11 U.S.C. §§ 541 and 1306, said claims constitute property of the Chapter 13 estate.

5. As of the instant Motion, no Motion to Employ Special Counsel to pursue said claim has been filed.

6.      Accordingly, counsel has been pursuing a claim that is property of the bankruptcy estate without authority for the same.

7.      While the Trustee does not necessarily oppose counsel pursuing said claim, the Trustee nonetheless requires that a Motion to Employ counsel be filed.

WHEREFORE, based on the foregoing, the Trustee prays this Court for an order granting this Motion to Compel and requiring the Debtor to file a Motion to Employ counsel to pursue the claim at issue; and for any other relief this Court deems just and proper under the circumstances.

Dated: January 31, 2022

Respectfully submitted,

/s/RUSSELL C. SIMON  
RUSSELL C. SIMON  
Chapter 13 Trustee  
24 Bronze Pointe  
Swansea, IL 62226  
Telephone: (618) 277-0086  
Telecopier: (618) 234-0124

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 31st day of January, 2022, with the correct postage prepaid and deposited in the U.S. Mail.

Mark & Lisa Kirk  
18 Oak Dr.  
Caseyville, IL 62232

J.D. Graham  
1 Eagle Center Ste. 3A  
O'Fallon, IL 62269

James Haupt  
13321 N. Outer Forty Rd.  
Town & Country, MO 63017

/s/ Jeff