IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 21-30818 |
| MARK L. KIRK and ) | |
| LISA G. KIRK, ) | |
| ) | Chapter 13 |
| Debtors. ) | |

**OBJECTION TO NOTICE OF POST-PETITION**
**MORTGAGE FEES, EXPENSES AND CHARGES**

COME NOW the Debtors, Mark and Lisa Kirk, by and through their attorney, J.D. Graham, and for their Objection to Notice of Post-Petition Mortgage Fees, Expenses and Charges states as follows:

1. On November 30, 2021, the Debtors filed for relief under Chapter 13 of the Bankruptcy Code.

2. On February 10, 2022, US Bank Trust National Association filed a Notice of Post-Petition Mortgage Fees, Expenses and Charges with the Court in the amount of $1,200.00 for the following:

    $1,200.00 Bankruptcy/ Proof of Claim Fees ($950 for Proof of Claim/Plan Review & $250 for 410A Prep).

3. Debtors request the "Bankruptcy/ Proof of Claim Fees" be reduced from $1,200.00 to $700.00, as the fees requested are excessive and not reasonable pursuant to *In re Coates*, 292 B.R. 894 (Bankr. C.D. Ill. 2003). More specifically, counsel for Debtors believes that $300.00 for preparation of the Proof of Claim, $150.00 for plan review, and $250.00 for 410A prep are more reasonable.

4. This district has had a form plan for years, and for a mortgage holder to review the plan, it takes just a moment to turn to the page where mortgages have <u>always</u> been found. Additionally, it is unclear whether an attorney did the work, or someone from the mortgage company, in which case Debtors would request an itemized statement of who did the work and how long it took.

5. Additionally, the Proof of Claim form is a standard form wherein numbers from the 410A attachment are inputted.

WHEREFORE, Debtors pray for an Order from this Court reducing the "Bankruptcy/ Proof of Claim Fees" from $1,200.00 to $700.00, and for such other relief as the Court deems just and proper.

                                        MARK & LISA KIRK,

                                        By: /s/ J.D. Graham
                                        J.D. Graham, #06211732
                                        Attorney for Debtors
                                        J.D. Graham, P.C.
                                        #1 Eagle Center, Ste. 3A
                                        O'Fallon, IL 62269
                                        618-235-9800
                                        618-235-9805 fax
                                        jd@jdgrahamlaw.com

## Proof of Service

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon the persons listed below that were not noticed electronically by first class mail, postage prepaid this 14th day of February 2022.

      /s/ Jennifer Schweiger

US Bank Trust National Association
c/o Molly Slutsky Simons
Sottile & Barile, Attorneys at Law
394 Wards Corner Rd., Ste. 180
Loveland, OH 45140